**Electronically Filed
Supreme Court
SCAD-14-0001104
21-OCT-2021
12:39 PM
Dkt. 210 ORD**

SCAD-14-0001104

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE: MEYER M. UEOKA, ESQ., (Deceased)

_____

ORIGINAL PROCEEDING
(ODC 14-050-9193)

<u>ORDER GRANTING MOTION FOR DISCHARGE</u>
(By: Recktenwald, C.J., McKenna and Wilson, JJ., and Intermediate
Court of Appeals Associate Judge Leonard, in place of Nakayama, J.,
recused, and Intermediate Court of Appeals Associate Judge Wadsworth,
assigned by reason of vacancy)

Upon review of the October 8, 2021 report, submitted by attorneys Jakob K. Wormser and Jamil D. Newirth, in their capacities as co-Trustees over the practice of deceased attorney Meyer M. Ueoka, pursuant to Rule 2.20 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and their motion for this court to approve the report and to discharge them, the October 18, 2021 response filed by Bradley Tamm, in his capacity as Trustee Administrator at the Office of Disciplinary Counsel, and the record in this matter, we conclude that there remains nothing further for the co-Trustees to do in this matter and, hence, that discharge is appropriate. Therefore,

IT IS HEREBY ORDERED that the October 8, 2021 report is approved and the motion for discharge is granted.

DATED: Honolulu, Hawaiʻi, October 21, 2021.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Katherine G. Leonard

/s/ Clyde J. Wadsworth